No. 9448. STATE ex rel. CLYDE TIMMONS, RELATOR, *v.* DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT of the State of Montana, in and for the County of Carbon et al., RESPONDENTS.

276 Pac. (2d) 981.

Decided November 24, 1954.

*J. H. McAlear*, Red Lodge, for relator.

Before MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES BOTTOMLY, ANGSTMAN and ANDERSON.

On motion of J. H. McAlear, Esq., the petition herein and these proceedings are dismissed.